# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 19-5713-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge but would add the following on page 10, line 6, after the citation to *Evans*:

> In *Valdez v. Montgomery*, 918 F.3d 687, 692 (9th Cir.), *cert. denied*, 140 S.Ct. 252 (2019), the Ninth Circuit summarized its case law on this issue by pointing out that it had previously held that unexplained delays of 81, 101 and 115 days were unreasonable. The delay involved here was 84 days.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: Jan. 12, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE