JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. CV 19-5713-GW (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 12, 2021

GEORGE H. WU
UNITED STATES DISTRICT JUDGE